JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| MOHAMED HUSAM TLEIMAT, | Case No: CV11-07459 CAS(DTBx) |
|---|---|
| Plaintiff, | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

**O R D E R**

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: April 11, 2012

*[signature: Christina A. Snyder]*

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE